AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information Associated with an Account Described in the April 14, 2023 Affidavit of Kimberly Murray that is Stored at Premises Controlled by Google LLC | )<br>)<br>)   Case No.   1:24-CR-00102<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Information described in Attachment A to the April 14, 2023, affidavit of Special Agent Kimberly Murray.

located in the ____Northern____ District of ____California____, there is now concealed *(identify the person or describe the property to be seized)*:

Information described in Attachment B to the April 14, 2023, affidavit of Special Agent Kimberly Murray.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1028(a)(7) | Possession of means of identification in connection with another felony offense... |
| 18 U.S.C. §§ 1029(a)(2) | Use and trafficking of access devices |
| 18 U.S.C. §§ 1029(a)(3) | Possession of 15 or more access devices |
| 18 U.S.C. §§ 1030(a)(2) | Illegally accessing a protected computer |

The application is based on these facts:
See attached April 14, 2023 affidavit of Special Agent Kimberly Murray.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ Kimberly Murray*
*Applicant's signature*

Kimberly Murray, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ____telephone____ *(specify reliable electronic means)*.

Date: __04/14/2023__

*/s/ Shiva V. Hodges*
*Judge's signature*

City and state: Columbia, South Carolina     Shiva V. Hodges, U.S. Magistrate Judge
*Printed name and title*

[ Print ]   [ Save As... ]   [ Attach ]   [ Reset ]